Decided July 10, 2002

### FELIX HERNANDEZ *v.* COMMISSIONER OF CORRECTION

The petitioner Felix Hernandez' petition for certification for appeal from the Appellate Court, 70 Conn. App. 903 (AC 22073), is denied.

SULLIVAN, C. J., did not participate in the consideration or decision of this petition.

*Katharine S. Goodbody*, special public defender, in support of the petition.

*Leon F. Dalbec, Jr.*, senior assistant state's attorney, in opposition.

Decided July 10, 2002